Full opinion will be published later. Watch **Omnibus Index.**

**SEBRING (Village) v SMITH**

Ohio Supreme Court

No 22525.  Decided April 15, 1931

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**